UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NARENDRA TULSIDAS SHARMA,

    Appellant,

  v.

GEOFFREY RICHARDS, et al.,

    Appellees.

No. 2:11-cv-01130-MCE

MEMORANDUM AND ORDER

Plaintiff Narendra Tulsidas Sharma initiated this Bankruptcy Appeal on April 27, 2011. Plaintiff subsequently filed a Motion to Stay Judgment Pending Appeal (ECF No. 4). Plaintiff, however, has since filed a Request to Withdraw Appeal (ECF No. 12) and a Request to Withdraw Motion to Stay (ECF No. 13). Plaintiff's Request to Withdraw Appeal is hereby GRANTED, and Plaintiff's Motion to Stay is DENIED as moot. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE